# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**JESSICA L. BARNHART,**

        **Plaintiff,**

vs.

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

        **Defendant.**

**8:16CV560**

**ORDER**

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). Upon consideration,

**IT IS ORDERED:**

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 23rd day of December, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge